# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1049MN

_____

Robert A. Lamminen,                              *
                                                 *
                    Appellant,                    *
                                                 *
          v.                                      *      Appeal from the United States
                                                 *      District Court for the District
City of Cloquet; Donald Panger; Neil             *      of Minnesota.
Nemmers; Cynthia Singpiel; Herbert               *
Johnson; Peggy Roy; Beverly Wetzel;              *            [UNPUBLISHED]
Jim Nelson; Cloquet Chamber of                    *
Commerce; Alan Pelvit,                            *
                                                 *
                    Appellees.                    *

_____

Submitted:  June 8, 1998
    Filed:  June 15, 1998

_____

Before FAGG, BRIGHT, and BEAM, Circuit Judges.

_____

PER CURIAM.

Robert A. Lamminen appeals the district court's adverse grant of summary judgment in Lamminen's action for violations of the Sherman Act, interference with business relationships and conspiracy to restrain trade, and failure to follow requirements of the Minnesota competitive bidding statute. Having reviewed the record and the parties' submissions, we agree with the district court's analysis and conclude that an extensive discussion is not warranted. Because the district court dismissed all

of Lamminen's claims with prejudice, we modify the judgment to specify that the dismissal of Lamminen's state law claims is without prejudice.  As modified, we affirm the judgment on the basis of the district court's well-reasoned opinion.  <u>See</u> 8th Cir. R. 47B.  We grant the City of Cloquet's motion to strike.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.